FILED

07/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0278

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0278

_____

IN RE THE MARRIAGE OF:

TASHA SQUILLACIOTTI,

      Petitioner and Appellee,

and

BRIAN SQUILLACIOTTI,

      Defendant and Appellant.

O R D E R

_____

Pursuant to Appellant's motion for extension of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until September 9, 2024, to prepare, file, and serve his opening brief.

DATED this 22nd day of July, 2024.

For the Court,

_____
Chief Justice

FILED

JUL 22 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana